UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>INSPIRATION BIOPHARMACEUTICALS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 12-18687-WCH |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that a rescheduled hearing on the *Motion for Approval of Disclosure Statement with Respect to Liquidating Plan of Reorganization* shall be held at **9:30 a.m. on Wednesday, October 2, 2013**, at the United States Bankruptcy Court for the District of Massachusetts, 5 Post Office Square, Courtroom 2, 12th Floor, Boston, Massachusetts, 02109. Responses must be filed with the United States Bankruptcy Court for the District of Massachusetts by **Monday, September 30, 2013 at 12:00 Noon.**

        INSPIRATION BIOPHARMACEUTICAL, INC.

        By its counsel,

        /s/ Andrew G. Lizotte
        Andrew G. Lizotte (BBO #559609)
        MURPHY & KING, Professional Corporation
        One Beacon Street, 21st Floor
        Boston, MA  02108
        Tel:    (617) 423-0400
        Fax:   (617) 556-8985

Dated: September 11, 2013        Email: agl@murphyking.com
656426

INSPIRATION BIOPHARMACEUTICALS, INC.
SHORT SERVICE LIST
#637956:

**By ECF:**

- Paula R.C. Bachtell    paula.bachtell@usdoj.gov
- Henry P. Baer    hbaer@fdh.com, csommer@fdh.com
- Charles R. Bennett    crb@murphyking.com, bankruptcy@murphyking.com;icm@murphyking.com
- Alan L. Braunstein    abraunstein@riemerlaw.com, ahall@riemerlaw.com
- James R. Carroll    jcarroll@skadden.com, tholden@skadden.com,mlcbos@skadden.com,richard.markow@skadden.com,Eric.Ivester@skadden.com,Anthony.Clark@skadden.com,yosef.ibrahimi@skadden.com,christine.okike@skadden.com,Robert.Weber@skadden.com
- Timothy J Carter    tcarter@goulstonstorrs.com
- David S. Clancy    David.Clancy@skadden.com, mlcbos@skadden.com,tholden@skadden.com,richard.markow@skadden.com
- Daniel C. Cohn    dcohn@murthalaw.com, kbratko@murthalaw.com;njoyce@murthalaw.com
- Christopher M. Condon    cmc@murphyking.com
- Charles A. Dale    chad.dale@klgates.com, bobankruptcyecf@klgates.com
- Patrick P. Dinardo    pdinardo@sandw.com, cbullock@sandw.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Steven A. Ginther    maecf@dor.mo.gov
- Matthew A. Gold    courts@argopartners.net
- Michael J. Goldberg    goldberg@casneredwards.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- K. Adam Kunst    kunst@casneredwards.com
- Andrew G. Lizotte    agl@murphyking.com, bankruptcy@murphyking.com;pas@murphyking.com;ddk@murphyking.com;agl@murphyking.com
- John G. Loughnane    jloughnane@nutter.com, jryan@nutter.com
- Ryan M. MacDonald    rmacdonald@murthalaw.com, kbratko@murthalaw.com
- John P. Melko    jmelko@gardere.com
- Guy B. Moss    gmoss@riemerlaw.com
- Harold B. Murphy    bankruptcy@murphyking.com, ddk@murphyking.com
- Raymond J. Obuchowski    ray@oeblaw.com, donna@oeblaw.com;marie@oeblaw.com
- Thomas J. Raftery    thomas@raftery.com, tjraftery@gmail.com
- Mackenzie Shea    mackenzie.shea@klgates.com, bobankruptcyecf@klgates.com
- Clinton Snow    csnow@gardere.com
- Jeffrey D. Sternklar    jdsternklar@duanemorris.com, jdsternklar@yahoo.com;mmmilne@duanemorris.com
- James F. Wallack    jwallack@goulstonstorrs.com
- Keri Linnea Wintle    kwintle@murthalaw.com

**By ELECTRONIC MAIL:**

FTI Consulting, Inc.  
c/o Mark Weinsten, Esq. & Michael Nowlan  
200 State Street, 8th floor  
Boston MA  02109  

mark.weinsten@fticonsulting.com  
mike.nowlan@fitconsulting.com  
617-897-1500 - ph  
617-897-1510 - fax  

John P. Melko, Esq. (for creditor Scott Martin)  
Clinton Snow, Esq.  
Gardere Wynne Sewell LLP  
1000 Louisana Street  
Suite 3400  
Houston TX  77002  

jmelko@gardere.com  
csnow@gardere.com  

Stephen Goldstein  
Senior Managing Director  
Evercore Partners  
55 East 52nd Street  
New York, NY  10022  

Stephen.goldstein@evercore.com  

Jason Cohen  
Director  
Lazard Middle Markets, LLC  
600 Fifth Avenue, 8th Floor  
New York NY  10020  

Jason.cohen@lazardmm.com  
Jeffrey.horowitz@lazardmm.com  

Donald B. Hawthorne  
The Hawthorne Group  

don@thehawthornegrp.com  

Martha E.M. Kopacz  
BrantPoint Advisors  
PO Box 787  
Norwell MA  02061  

mkopacz@brantpointadvisors.com  

Derek Alexander, Esq.  
Debevoise & Plimpton, LLP  
919 Third Avenue  
New York, NY 10022  

dalexander@debevoise.com  

3

John C. Weitnauer, Esq.  kit.weitnauer@alston.com
Alston & Bird, LLP
1 Atlantic Center
1201 W. Peachtree St., NW
Atlanta, GA  30309

**CREDITORS COMMITTEE AND COUNSEL:**

**Haematologic Technologies Inc.**  rjenny@haemtech.net
ATT:  Richard J. Jenny, Ph.D.
57 River Road, Unit 1021
Essex Junction VT  05452

**Haematologic Technologies, Inc.**  802-234-6244 - ph
c/o Raymond J. Obuchowski, Esq.  802-234-6245 - fax
Obuchowski & Emens-Butler  ray@oeblaw.com
PO Box 60, 1542 Vt. Rt. 107
Bethel, VT  05032

**Rho, Inc.**  Amanda_derr@rhoworld.com
ATT:  Amanda Derr
6330 Quadrangle Drive
Suite 500
Chapel Hill NC  27517

**Rho, Inc.**  919-408-8000 - ph
c/o Charlie Reece, General Counsel  919-4008-0999 - fax
6330 Quadrangle Drive  Charlie_Reece@rhoworld.com
Chapel Hill, NC  27517

**Indiana Hemophilia and Thrombosis Center**  nHoard@IHTC.org, **and**
 ashapiro@IHTC.org
ATT:  Nancy Hoard & Amy Shapiro, MD
8402 Harcourt Road, Suite 500
Indianapolis IN  46260

**Indiana Hemophilia & Thrombosis Center**  317-871-0011 x 243
c/o Chris Roberson, Director of Compliance  317-870-4544
    & Comm Programs  croberson@IHTC.org
8402 Harcourt Road, Suite 500
Indianapolis IN  45260

| | |
|---|---|
| **Cambridge Biomarketing**<br>ATT: Maureen Franco<br>245 First Street, 12th floor<br>Cambridge MA  02142 | mfranco@cambridgebmg.com |
| **Cato Research Ltd.**<br>ATT: Linda Markus Daniels, Esq.<br>4364 South Alston Avenue<br>Durham, NC  27713 | ldaniels@cato.com |
| Kassendra Galindo, Esq.<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901 | kassendra.galindo@faegrebd.com |
| John S. Chao, Esq.<br>Reed Smith LLP<br>136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton NJ  08540 | jchao@reedsmith.com |
| Voisin Life Sciences Consulting<br>ATT: Amelie Buton<br>3 rue des Longs Pres,<br>92100 Boulogne FRANCE | buton@voisinconsulting.com |
| Janet Bostwick, Esq.<br>Bostwick Law, P.C.<br>295 Devonshire Street<br>Boston MA  02110 | jeb@bostwicklaw.com |

**FIRST CLASS MAIL:**

**GOVERNMENT ENTITIES:**

Internal Revenue Service
Special Procedures Function
STOP 2080, P.O. Box 9112
25 New Sudbury St., JFK Federal Bldg.
Boston MA  02203

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Commonwealth of Massachusetts
Division of Unemployment Assistance
Executive Office of Labor and Workforce Development
One Ashburton Place, Suite 2112
Boston, MA 02108

Securities and Exchange Commission
Boston District Office
33 Arch Street, 23rd Floor
Boston, MA 02110-1424

Steven Harr, Managing Director
Morgan Stanley
1585 Broadway
New York, NY  10036

John Gobok
Evercore Partners
55 East 52nd Street
New York NY  10055

Cindy Cwik
Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA  02241-6395

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Eric H. Holder, Jr.
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the Attorney General
Commonwealth of Massachusetts
Consumer Protection Division
One Ashburton Place, 19th Floor
Boston, MA 02108 -1518

Carmen M. Ortiz
United States Attorney
John Joseph Moakley
United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Stephen Goldstein
Senior Managing Director
Evercore Partners
55 East 52nd Street
New York, NY  10055

RICOH USA
Bankruptcy and Recovery Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

Covance Laboratories, Inc.
3301 Kinsman Blvd
Madison, WI 53704

Ropes & Gray LLP
ATT: Paul Kinsella
PO Box 414265
Boston MA  02241-4265

RB Kendall Fee, LLC
c/o Beal and Company Inc.
177 Milk Street, PO Box 417159
Boston MA  02241-7159

David H. Griffin, CPA
McGladrey, LLP
18401 Von Kanman Avenue, 5th Floor
Irvine, CA  92612-8531

Baxter
One Baxter Parkway
Deerfield, IL  60015-4625

PROOF OF CLAIMS:

ENE Systems
480 Neponset St
Suite 11D
Canton, MA  02021
ATT: Linda Rose

Wells Fargo Financial Leasing Inc.
800 Walnut Street, MAC F4031-050
Des Moines, IA  50309

Howard Levy Consulting LLC
65 Van Dyke Road
Hopewell NJ  08525

OfficeMax North America
263 Shuman Blvd.
Naperville IL  60563

BloodCenter of Wisconsin Inc.
PO Box 2178
Milwaukee WI  53201-2178
ATT: Dawn Hense

Commonwealth of MA
Dept of Unemployment Assistance
Bankruptcy Unit, 5th floor
ATT: Richard Jeffers, Bankruptcy Coordinator
19 Staniford Street
Boston MA  02114

Coalition of Clinical Consultants, Inc.
27239 Red Maple Street
Murrieta CA  92562

Bruce R. Davis
33611 Windjammer Drive
Dana Point, CA  92629

Ricoh USA
ATT: Bankruptcy & Recovery
3920 Arkwright Road, Suite 400
Macon GA  31210

Phoneix Marketing International
PO Box 806
Rhinebeck NY  12572

Feinstein Kean Healthcare
ATT: Kevin Forder
245 First Street, 14th Floor
Cambridge MA  02142

International Quantative Consultants, Inc.
Martin L. Lee, PhD, President
3941 Eureka Drive
Studio City CA  91604

7

FedEx Tech Connect, Inc.
ATT: Revenue Recovery/Bankruptcy
3965 Airways Blvd., Module G, 3rd floor
Memphis, TN 38116

Lillian Ho
6 Pinehurst Way
San Francisco CA 94127

Spencer Stuart (US) Inc.
PO Box 98991
Chicago IL 60693

CIT Technology Financing Services Inc.
c/o Weltman, Weinberg & Reis
175 S. Third Street, Suite 900
Columbus OH 43215

Hogan Lovells, US LLP
555 Thirteenth Street, N.W.
Washington DC 20037
ATT: Edward C. Dolan

Claims Recovery Group, LLC
(Assignee of The Marketing Research Bureau Inc.)
92 Union Avenue
Crosskill, NJ 07626

Inclinix, Inc.
272 N. Front St., Suite 500
Wilmington NC 28401

Argo Partners
12 West 37th Street, 9th floor
New York NY 10018

Bello Black & Welsh LLP
Steven Weatherhead, Esq.
125 Summer Street
Suite 1200
Boston MA 02110

Centric Health Resources Inc.
John J. Hall
Lewis, Rice & Fingersh, LC
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101

WA State Dept of Labor & Industries
Bankruptcy Unit
PO Box 44171
Olympia WA 98504-4171

Biomeasure Incorporated
27 Maple Street
Milford MA 01757

EMCO/FGS, LLC, dba FGS, Inc.
Michael Corrado
One Rex Drive
Braintree MA 02184

Claims Recovery Group, LLC
(Assignee of HMR Hospital Maisonnure)
92 Union Avenue
Crosskill NJ 07626

Concur Technologies Inc.
62157 Collections Center Drive
Chicago IL 60693

Smithers Rapra & Smithers Pira, Ltd.
Shawbury, Shrewsbury,
Shropshire, SY4 4NR, GB

Daniel Regan
40 Partridge Rd
Windham MA 02087

Hubert A. Schoble, PhD
4 Prides Circle
Andover MA 01810-4803

Western Institutional Review Board, Inc.
3535 7th Avenue, SW
Olympia WA  98502

Covance Laboratories, Inc.
Chad Jackson
1301 Kinsman Blvd.
Madison, WI  53704

Synapse B.V.
ATT:  Rvander Zander
PO Box 616
6200 Md Maerdricht
The Netherlands

Hewlett Packard Co.
Angie Rojas
555 Windward Pkway
Alpharetta GA  30004

Thornton Consulting Inc.
1326 S. Ross St.
Santa Ana CA  92707

Bulletproof Documentation Inc.
340 Lorton Avenue
Burlingame CA  94010

Heron Evidence Development LLC
50 Division St., Suite 503
Somerville NJ  28846

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
ATT  Marcia Goldstein Esq.

Gordon H. Busenberk
22 Field
Irvine CA  92620

Edwards Wildman Palmer LLP
2800 Financial Plaza, 24F, ATT:  PLC
Providence RI  02903

Godney Holdings LLC
6501 Red Hook Plaza
Suite 201
St. Thomas USVI  00802

Claims Recovery Group, LLC
As Assignee for Zahra Shahrok
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Trident Search LLC)
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Sheryl O'Rourke
92 Union Avenue
Cresskill, NJ  07626

Claims Recovery Group, LLC
As Assignee for RJT Compuquest Inc.
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Reva Solutions
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Grayscale Compliance LLC
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Global Experience Specialists
92 Union Avenue
Cresskill NJ  07626

Claims Recovery Group, LLC
As Assignee for Chana Sternberg, CSC Ltd
92 Union Avenue
Cresskill NJ  07626


AAIPharma Services Corp
Accounts Receivable
2320 Scientific Park Drive
Wilmington NC  28405


Ropes & Gray, LLP
c/o Steven Hoort, Esq.
Prudential Tower
800 Boylston Street
Boston MA  02199

Karen Dawes
138 Vintagelsle Lane
Palm Beach Gardens, FL  33418


Max Neeman Medical International Lmt
Max House
1 Dr Jha Marg
Okhla-III ND 110 020
India

Royal Free London NHS Foundation Trust
c/o James Vanderbilt
Global Recovery Alliance AG
PMB #419, 11705 Boyette Road
Riverview FL  33569

Claims Recovery Group, LLC
As Assignee for Pandesa dba ShareVault
92 Union Avenue
Cresskill NJ  07626


Penn State College of Medicine
Controller's Office, ATT: Deborah Musser
The PA State University
PO Box 850, MCG 230
Hershey, PA  17033

Hugh Tilney
Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford CT  06901


Ipsen Pharma SAS
J. Eric Invester, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036


Grant Thornton LLP
175 W. Jackson Blvd.
20th Fooor
Chicago IL  60604


RJT Compuquest Inc.
23440 Hawthorne Blvd., Suite 210
Torrance CA  90505



Michael A. Fournel
1401 Silverling Way
Raleigh NC  27613



Eurofins Lancaster Laboratories, Inc.
A.  Kuhl
2425 New Holland Pike
Lancaster, PA  17601


Sintesi Research Inc.
c/o Ravi Mahalingam, Esq.
1960 E. Grand Avenue, Suite 1050
El Segundo, CA  90245


Tulane University, dba Lousiana Center for
Bleeding & Clotting Disorders
Victoria Johnson, Esq.
300 Gibson Hall, 6823 St Charles Avenue
New Orlens, LA  70118


Sanquin Blood  Supply
Plesmancaan 125
1066 CS, Amersterdam
The Netherlands


John R. Taylor, Jr.
Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford CT  06901

| | |
|---|---|
| Stephen Evans-Freke<br>Henry P. Baer, Jr., Esq.<br>Finn Dixon & Herling LLP<br>177 Broad Street<br>Stamford CT 06901 | Prestige Scientific Staffing Inc.<br>1 Maple Street<br>Milford MA 01757 |
| Burns McClellan Inc.<br>257 Park Avenue South, 15th Floor<br>New York, NY 10010 | RealCat Services Inc.<br>602 CR 118<br>Burnet TX 78611 |
| Charles Glerum, Esq.<br>Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston MA 02241-6395 | Eric I Michelman<br>2301 Dupont Drive<br>Irvine, CA 92612 |

11